RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Lazaro Carlos Paula-Dominguez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAZARO CARLOS PAULA-DOMINGUEZ,<br><br>　　　　Defendant. | Case No. 2:18-cr-00375-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Lazaro Carlos Paula-Dominguez, that the Revocation Hearing currently scheduled on February 19, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties have reached the following agreement: Mr. Paula-Dominguez should be allowed 30 additional days before the revocation hearing to complete drug treatment. If Mr. Paula-Dominguez completes drug treatment and maintains compliance with his conditions of supervision, then Mr. Paula-Dominguez will admit to violations that do not

mandate revocation, and the parties will jointly recommend that he be continued on the current term of supervision.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00375-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| LAZARO CARLOS PAULA-DOMINGUEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 19, 2025 at 9:15 a.m., be vacated and continued April 18, 2025 at 12:15 p.m.

DATED tthis 14th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE