# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00375-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| LAZARO CARLOS PAULA-DOMINGUEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the initial appearance currently scheduled for April 15, 2025 at 2:30 p.m., be vacated and continued to April 18, 2025 at the hour of 12:15 p.m. before Judge Richard Boulware.

DATED this 14th day of April, 2025.

_____

UNITED STATES MAGISTRATE JUDGE

3